# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LESLIE E. MCGREW

VERSUS

ETHYL CORPORATION, ET AL

NO. 2019 CW 0962

**SEP 3 0 2019**

---

In Re: Ethyl Corporation, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 656500.

---

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT